# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI FAN,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>    Defendant. | Case No. 1:21-cv-01355-JLT-SAB<br><br>ORDER GRANTING WITHDRAWAL OF JEANNE SARMIENTO AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE JEANNE SARMIENTO AS ATTORNEY OF RECORD<br><br>(ECF No. 16) |

On January 31, 2022, a notice of withdrawal of Jeanne Sarmiento as counsel for Plaintiff was filed. (ECF No. 16.) Other counsel from the law firm of James Hawkins, APLC remains as counsel of record.

Accordingly, IT IS HEREBY ORDERED that:

1. The request to withdraw Jeanne Sarmiento as counsel is GRANTED; and
2. The Clerk of the Court is DIRECTED to terminate Jeanne Sarmiento as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:  **February 1, 2022**

UNITED STATES MAGISTRATE JUDGE

1