# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI FAN, | Case No. 1: 21-cv-01355-JLT-SAB |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE PURSUANT TO PARTIES' STIPULATION |
| v. | |
| HOME DEPOT U.S.A, INC., | (ECF No. 18) |
| Defendant. | |

On November 23, 2021, the Court continued the scheduling conference in this matter until March 10, 2022, due to a pending motion to dismiss that became ripe on November 3, 2021. (ECF No. 13.)  On February 4, 2022, the parties filed a stipulation requesting the scheduling conference be continued again due to the pending motion to dismiss, until April 25, 2022, or the next available date after the Court issues its order on the motion to dismiss, whichever is later. (ECF No. 18.)  The Court shall extend the conference out for a period of 90 days from the current date, or about 120 days from entry of this order, to allow additional time for adjudication of the motion by the District Judge.  The parties are advised that generally, the Court monitors readiness for scheduling conferences and will *sua sponte* continue the conferences when there are pending motions to dismiss, as the Court previously did in this matter. (See ECF No. 13.)

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that the scheduling conference currently 2 scheduled for March 10, 2022, is CONTINUED until June 10, 2022, at 10:00 a.m., and the 3 parties shall file a joint scheduling report at least seven (7) days prior to the scheduling 4 conference.

IT IS SO ORDERED.

Dated:   **February 7, 2022**

UNITED STATES MAGISTRATE JUDGE