UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LI FAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>        Defendants. | No. 1:21-cv-01355 WBS KJN<br><br><br>ORDER |

----oo0oo----

In advance of oral argument on defendant's partial motion to dismiss set for November 14, 2022, on or before November 9, 2022, the parties shall file simultaneous supplemental briefing limited to discussion of Guzman v. Polaris Indus. Inc., 49 F.4th 1308 (9th Cir. 2022), which was decided on September 29, 2022, and is directly relevant to the issues briefed by the parties.

IT IS SO ORDERED.

Dated: November 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1