1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| LI FAN, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-01355-WBS |
| Plaintiff, | **ORDER GRANTING FIRST JOINT STIPULATION TO A SHORT CONTINUANCE OF TRIAL AND SEVERAL PRETRIAL DATES** |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive, | Complaint Filed: March 30, 2021<br>Trial Date: None |
| Defendants. | Magistrate Judge: Hon. William B. Shubb<br>Courtroom 5, Sacramento |

# **ORDER**

Having reviewed the Joint Stipulation filed by plaintiff Li Fan ("Plaintiff") and defendant Home Depot U.S.A., Inc. ("Defendant") continue the trial and several pretrial dates, and for good cause shown, the Court ORDERS that the following pretrial dates are continued as follows:

| Matter | Date |
|---|---|
| Fact discovery completion date | September 30, 2024 |
| Initial expert witness disclosures | August 5, 2024 |
| Rebuttal expert witness disclosures | September 3, 2024 |
| Last day to file all motions | November 25, 2024 |
| Final pretrial conference date | **February 10, 2025, 1:30 pm** |
| Trial date | **April 15, 2025, 9:00 am** |

**IT IS SO ORDERED.**

Dated:  August 2, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE