JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
Gregory Mauro, Esq. (#222239)
Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys For Plaintiff LI FAN
on behalf of himself and all others similarly situated

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI FAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01355-WBS-CSK<br>Hon. Judge Chi Soo Kim<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION**<br><br>Complaint Filed: March 30, 2021<br>Trial Date: None |

ORDER

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
AARON H. COLE, CA Bar No. 236655
aaron.cole@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OMAR M. ANIFF, CA Bar No. 315446
omar.aniff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213-239-9800
Facsimile: 213-239-9045

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# ORDER

Having read and considered the Parties' Stipulation to Remand Removed Action, and with good cause appearing, the Court hereby Orders the following:

1. The Action shall be remanded to Madera County Superior Court, Case No. MCV084871; and

2. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

**IT IS SO ORDERED.**

Dated:  May 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE